## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOAN MENDOZA, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GRIBETZ INTERNATIONAL, INC., | : | No. 10-1904 |
|     Defendant. | : | |

## ORDER

**AND NOW**, this **27th** day of **May, 2011**, upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's response thereto, Defendant's reply thereon, and for the reasons provided in this Court's Memorandum dated May 27, 2011, it is hereby **ORDERED** that:

1. The motion (Document No. 15) is **GRANTED**.

2. Plaintiff's Complaint is **DISMISSED**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**